November 3, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

KAREN STERMOLE, Appellant

NO. 14-11-00682-CV                    V.

SHREE VISARIA, M.D., Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 14, 2011, in accordance with the parties' Rule 11 agreement. We order the portion of the trial court's judgment awarding costs of court in the amount of $1,932.38 in favor of Shree Visaria, M.D. set aside and vacated, and we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by KAREN STERMOLE.

We further order this decision certified below for observance.